IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Stanley D. Linder, # 137337, ) | C/A No.: 1:12-3051-RMG-SVH | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | | |
| ) | ORDER | |
| Matthew J. Friedman, Assistant Attorney ) | | |
| General, and Allen Wilson,[1] Attorney ) | | |
| General, ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

      This is a civil action filed by a state prisoner proceeding *in forma pauperis*. It is before the court for initial review of the Amended Complaint submitted by Plaintiff pursuant to court order. [Entry #18].

**TO THE CLERK OF COURT**:

      This case is subject to summary dismissal based on an initial screening of the Amended Complaint conducted pursuant to 28 U.S.C. §1915 and/or 28 U.S.C. § 1915A. Therefore, the Clerk of Court shall ***not*** issue any summonses nor shall the Clerk forward this matter to the United States Marshal for service of process at this time.

      IT IS SO ORDERED.

February 12, 2013                                    Shiva V. Hodges
Columbia, South Carolina                   United States Magistrate Judge

---

[1] Although Plaintiff's Amended Complaint names "Allen Wilson," the undersigned assumes that Plaintiff intended to name South Carolina Attorney General Alan Wilson.