AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Stanley D. Linder,<br>*Plaintiff*<br>v.<br><br>Mr. Matthew J. Friedman, Assistant Attorney General; Mr. Allen Wilson, Attorney General,<br>*Defendant*s | Civil Action No.    1:12-cv-03051-RMG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Stanley D. Linder, shall take nothing of the defendants; Mr. Matthew J, Friedman and Mr. Allen Wilson, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M Gergel, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the complaint without prejudice.

Date:  March 6, 2013                                              *LARRY W. PROPES, CLERK OF COURT*

                                                                                         s/A. Buckingham
                                                                         _____
                                                                         *Signature of Clerk or Deputy Clerk*